**George HARRIS, Plaintiff—Appellant,**

v.

**AIR TRANSPORT DISTRICT 143 INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS; et al., Defendants—Appellees.**

No. 04–353330.

United States Court of Appeals, Ninth Circuit.

Submitted May 9, 2005.*

Decided May 13, 2005.

Michael Joslin Davis, Esq., Tacoma, WA, for Plaintiff–Appellant.

George Harris, Graham, WA, David Charles Campbell, Esq., April Upchurch Olsen, Esq., Schwerin Campbell & Barnard, LLP, Seattle, WA, for Defendants–Appellees.

Before: PREGERSON, CANBY, and THOMAS, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

694

MEMORANDUM **

George Harris appeals pro se the district court's summary judgment dismissing his action alleging that his union, Air Transport District 143, International Association of Machinists & Aerospace Workers ("Union"), failed to meet its duty of fair representation by handling his grievance against Northwest Airlines in a perfunctory fashion. We have jurisdiction pursuant to 28 U.S.C. § 1291. After de novo review, *Stevens v. Moore Bus. Forms, Inc.*, 18 F.3d 1443, 1446 (9th Cir. 1994), we affirm.

The district court did not err in granting summary judgment because Harris failed to raise a triable issue of fact as to whether the Union's conduct toward him was arbitrary, discriminatory, or in bad faith. *See id.* at 1447. "A union's conduct may not be deemed arbitrary 'simply because of an error in evaluating the merits of a grievance, in interpreting particular provisions of a collective bargaining agreement, or in presenting the grievance at an arbitration hearing.'" *Id.* at 1447–48 (quoting *Peterson v. Kennedy*, 771 F.2d 1244, 1254 (9th Cir.1985)). At most, Harris raised a triable issue of fact as to whether the Union's conduct was negligent, and negligence does not rise to the level of a breach of the Union's duty. *See Peters v. Burlington N. R.R. Co.*, 931 F.2d 534, 538 (9th Cir.1990).

Harris' remaining contentions lack merit.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.